■ In the Matter of RONALD BENN, Petitioner, v CHARLES GREINER, Respondent. [759 NYS2d 331] —Proceeding pursuant to CPLR article 78 to review a determination of the respondent Superintendent of the Green Haven Correctional Facility, dated April 17, 2002, which affirmed a determination of a Hearing Officer, dated April 10, 2002, made after a Tier II disciplinary hearing, finding the petitioner guilty of violating institutional rules, and imposing a penalty.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

Contrary to the petitioner's contentions, the determination that he violated three institutional rules is supported by substantial evidence (*see Matter of Abdur-Raheem v Mann,* 85 NY2d 113 [1995]; *Matter of Bryant v Coughlin,* 77 NY2d 642 [1991]; *Matter of Foster v Coughlin,* 76 NY2d 964 [1990]; *Matter of James v Strack,* 214 AD2d 674 [1995]).

The petitioner's remaining contentions are without merit. Santucci, J.P., Smith, McGinity and Schmidt, JJ., concur.